# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Silberman, Lawrence H | 2. Court or Organization  U.S. Court of Appeals D.C. Cir | 3. Date of Report  5/12/05 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time).  US Circuit Court Judge Senior | 5. ReportType (check appropriate type)  ○ Nomination  Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/04  to  12/31/04 |
| 7. Chambers or Office Address  333 Constitution Avenue, N.W.  Room 3400  Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2005 MAY 13 P 12: 18
FINANCIAL
DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Georgetown University Law Center (Adjunct Professor) Spring and Fall 2004 | 50,000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Neighbor | Colonial Parking Pass | $400 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☒ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Lawrence H | 5/12/05 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank of America, Washington, D.C. | A | Interest | J | T | | | | | |
| 2. Bank of America, Washington, D.C. | A | Interest | J | T | | | | | |
| 3. T. Rowe Price Rollover IRA Spectrum Growth | B | Dividend | N | T | Part Redempt | 12/3 | L | | |
| 4. T. Rowe Price Rollover IRA Spectrum Growth | A | Distribution | | | | | | | |
| 5. T. Rowe Price Rollover IRA Spectrum Income | D | Dividend | N | T | Purchase | 12/3 | L | | |
| 6. T. Rowe Price Rollover IRA Spectrum Income | B | Distribution | | | Part Redempt | 5/13 | J | | |
| 7. T. Rowe Price IRA Spectrum Growth | B | Dividend | M | T | | | | | |
| 8. T. Rowe Price IRA Specturm Growth | A | Distribution | | | | | | | |
| 9. T. Rowe Price IRA Spectrum Income | C | Dividend | M | T | Purchase | 12/3 | L | | |
| 10. T. Rowe Price IRA Spectrum Income | B | Distribution | | | | | | | |
| 11. T. Rowe Price Rollover IRA Spectrum Growth | C | Dividend | N | T | Part Redempt | 12/3 | L | | |
| 12. T. Rowe Price Rollover IRA Spectrum Growth | B | Distribution | | | | | | | |
| 13. Putnam Fund for Growth and Income | A | Dividend | L | T | Part Sale | 12/3 | K | B | |
| 14. Franklin Federal Tax Free Income Fund | D | Dividend | M | T | | | | | |

1. Income/Gain Codes: A – $1,000 or less   B – $1,001-$2,500   C – $2,501-$5,000   D – $5,001-$15,000   E – $15,001-$50,000
(See Columns D1 and D4)   F – $50,001-$100,000   G – $100,001-$1,000,000   H1 – $1,000,001-$5,000,000   H2 – More than $5,000,000
2. Value Codes:   J – $15,000 or less   K – $15,001-$50,000   L – $50,001-$100,000   M – $100,001-$250,000
(See Columns C1 and D3)   N – $250,001-$500,000   O – $500,001-$1,000,000   P1 – $1,000,001-$5,000,000   P2 – $5,000,001-$25,000,000
P3 – $25,000,001-$50,000,000   P4 – More than $50,000,000
3. Value Method Codes   Q – Appraisal   R – Cost (Real Estate Only)   S – Assessment   T – Cash/Market
(See Column C2)   U – Book Value   V – Other   W – Estimated

# VIII   ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  5/12/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544